# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2018 ND 249

State of North Dakota,                                          Plaintiff and Appellee

v.

Joel Mejia,                                                    Defendant and Appellant

No. 20180178

Appeal from the District Court of Mountrail County, North Central Judicial District, the Honorable Richard L. Hagar, Judge.

AFFIRMED.

Per Curiam.

Wade G. Enget, Mountrail County State's Attorney, Stanley, ND, for plaintiff and appellee.

Caitlyn A. Pierson, Minot, ND, for defendant and appellant.

**State v. Mejia**

**No. 20180178**

**Per Curiam.**

[¶1]     Joel Mejia appeals from a criminal judgment entered after he was found guilty of simple assault following a bench trial.  Mejia argues there was insufficient evidence to sustain his conviction for simple assault and that the district court was required to make a finding on his claim of self-defense.  We summarily affirm under N.D.R.App.P. 35.1(a)(3), concluding there was sufficient evidence to support the guilty verdict.  We also affirm under N.D.R.App.P. 35.1(a)(7), concluding in a case tried without a jury, the court need only find the defendant guilty or not guilty.  *State v. Berger*, 235 N.W.2d 254, 263 (N.D. 1975).

[¶2]     Gerald W. VandeWalle, C.J.
         Jon J. Jensen
         Jerod E. Tufte
         Daniel J. Crothers
         Lisa Fair McEvers